**Opinion issued June 2, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00554-CR

————————————

### IN RE KAMILAH ANTOINETTE JOHNSON, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Kamilah Antoinette Johnson, proceeding pro se, filed a petition for a writ of mandamus asserting that the trial court had "failed and refused to rule" on two pro se motions she allegedly filed in the underlying criminal cause, including a "Motion to Quash Arrest Warrant" filed on or around January 20, 2025, and a "Motion to Dismiss for Lack of Personal and Subject Matter Jurisdiction" filed on

or around March 5, 2025 and April 6, 2026.[1]  Relator's mandamus petition argued that the "trial court ha[d] a ministerial duty to rule on pending motions," and that the trial court's failure to do so amounted to an abuse of discretion for which relator lacked an adequate remedy.  Relator's petition requested that this Court grant her petition for writ of mandamus and order and compel the trial court to "immediately" rule on her pending motions, "[e]nter an order quashing the outstanding warrant" in the underlying cause, and to "[i]mmediately expunge [r]elator[']s record of all fraudulent criminal infractions associated with this tax matter."

Our review of relator's mandamus petition reflects that she has failed to establish that she is entitled to mandamus relief.  *See* TEX. R. APP. P. 52.3(l), 52.7(a)(1); *see also In re Powell*, 516 S.W.3d 488, 494–95 (Tex. Crim. App. 2017); *In re Gomez*, 602 S.W.3d 71, 73 (Tex. App.—Houston [14th Dist.] 2020, orig. proceeding).  Accordingly, we deny relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1]  The underlying case is *The State of Texas v. Kamilah Antoinette Johnson*, Cause Number 1855185, pending in the 496th District Court of Harris County, Texas, the Honorable Dan Simons presiding.